1  McGREGOR W. SCOTT
   United States Attorney
2  DARIN ROCK
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-po-00024-SAB |
12 |              Plaintiff,    | [Citation #6238429 CA/8]   |
13 | v.                         | MOTION AND ORDER FOR DISMISSAL |
14 | JOSHUA S. AKERS,           | |
15 |              Defendant.    | |

18     The United States of America, by and through McGregor W. Scott, United States Attorney, and

19 Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No.

20 1:18-po-00024-SAB [Citation #6238429] against JOSHUA S. AKERS without prejudice in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: February 8, 2018                    Respectfully submitted,

23                                            McGREGOR W. SCOTT
                                              United States Attorney
24
                                        By:   /s/ Darin Rock
25                                            DARIN ROCK
                                              Special Assistant U.S. Attorney
26

27

28

                                              1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00024-SAB [Citation #6238429] against JOSHUA S. AKERS be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**February 8, 2018**__

UNITED STATES MAGISTRATE JUDGE